# EXHIBIT A



**CT Corporation**
**Service of Process Notification**
04/25/2022
CT Log Number 541465339

## Service of Process Transmittal Summary

**TO:**   Lillian Caudle
Mercedes-Benz Usa, LLC
ONE MERCEDES-BENZ DRIVE
SANDY SPRINGS, GA 30328-4312

**RE:**   **Process Served in California**

**FOR:**   Mercedes-Benz USA, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Belen Reynolds, an individual // To: Mercedes-Benz USA, LLC |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Cover Sheet, Instructions, Notice(s), Certificate(s), Attachment(s), Stipulation |
| **COURT/AGENCY:** | Riverside County - Superior Court - Blythe, CA<br>Case # CVBL2200055 |
| **NATURE OF ACTION:** | Product Liability Litigation - Lemon Law - 2020 Mercedes-Benz GLC300, VIN: W1N0G8DB9LF859491 |
| **PROCESS SERVED ON:** | C T Corporation System, GLENDALE, CA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 04/25/2022 at 01:27 |
| **JURISDICTION SERVED:** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | Jon P. Jacobs<br>Law Offices of Jon Jacobs<br>One Ridgegate Drive, Suite 245<br>Temecula, CA 92590<br>(916) 663-6400 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/26/2022, Expected Purge Date: 05/06/2022 |
| | Image SOP |
| | Email Notification,  Madison Coker  mcoker@wwhgd.com |
| | Email Notification,  Jonathan Friedman  mbwarranty@wwhgd.com |
| | Email Notification,  Sherry Rosen  sherry.rosen@mbusa.com |
| | Email Notification,  Austin Ellis  austin.ellis@mbusa.com |
| | Email Notification,  Chad Peterson  chad.peterson@mbusa.com |
| | Email Notification,  Denise Mitchell  denise.mitchell@mbusa.com |
| | Email Notification,  Lillian Caudle  lillian.caudle@mbusa.com |
| | Email Notification,  Lance Arnott  sopverification@wolterskluwer.com |



**CT Corporation**
**Service of Process Notification**
04/25/2022
CT Log Number 541465339

**REGISTERED AGENT CONTACT:**   C T Corporation System
330 N BRAND BLVD
STE 700
GLENDALE, CA 91203
866-331-2303
CentralTeam1@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**         Mon, Apr 25, 2022
**Server Name:**      David L.

| Entity Served | MERCEDES-BENZ USA, LLC |
|---|---|
| Case Number | CVBL2200055 |
| Jurisdiction | CA |

| Inserts | | |
|---|---|---|
| | | |



Electronically FILED by Superior Court of California, County of Riverside on 04/21/2022 06:01 PM
Case Number CVBL2200055 0000018948050 - W. Samuel Hamrick Jr., Executive Officer/Clerk of the Court By Kym Miller, Clerk

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

MERCEDES-BENZ USA, LLC, a Delaware Limited Liability
Company; and DOES 1 through 10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

BELEN REYNOLDS, an individual

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*  Riverside Superior Court | CASE NUMBER:<br>*(Número del Caso):*<br>**CVBL2200055** |
|---|---|

Blythe Courthouse
265 N. Broadway, Blythe, CA 92225

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Law Offices of Jon Jacobs, One Ridgegate Drive, Suite 245, Temecula, CA 92590; (916) 663-6400

| DATE:<br>*(Fecha)* 4/21/2022 | Clerk, by<br>*(Secretario)* _____ | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* Mercedes-Benz USA, LLC, a Delaware Limited Liability
Company

under: ☐ CCP 416.10 (corporation)  ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)

☒ other *(specify):* corp§§ 17701.16
4. ☒ by personal delivery on *(date):* 4/25/22

[SEAL]

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |
|---|---|---|

American LegalNet, Inc.
www.FormsWorkflow.com

Electronically FILED by Superior Court of California, County of Riverside on 04/21/2022 06:01 PM
Case Number CVBL2200055 0000018948047 - W. Samuel Hamrick Jr., Executive Officer/Clerk of the Court By Kym Miller, Clerk

1  Jon P. Jacobs (SBN 205245)
   Nicolas M. Dillavou (SBN 327210)
2  **LAW OFFICES OF JON JACOBS**
   One Ridgegate Dr., Suite 245
3  Temecula, CA 92590
   Telephone: (916) 663-6400
4  Facsimile: (916) 663-6500
   nic@lemonbuyback.com
5
   Attorneys for Plaintiff
6  BELEN REYNOLDS

7

8              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                  **FOR THE COUNTY OF RIVERSIDE**

10

11 BELEN REYNOLDS, an individual,          Case No. **CVBL2200055**

12                                          **COMPLAINT FOR DAMAGES**
                    Plaintiff,
13                                          **(1) Violation of the Song-Beverly Consumer
                                            Warranty Act - Breach of Express Warranty;**
14                     vs.
                                            **(2) Violation of the Song-Beverly Consumer
15 MERCEDES-BENZ USA, LLC, a Delaware       Warranty Act - Breach of Implied Warranty;**
   Limited Liability Company; and DOES 1 through
16 10, inclusive,                           **(3) Violation of the Magnuson-Moss
                                            Warranty Act - Breach of Express Warranty**
17                  Defendants,
                                            **(4) Violation of the Magnuson-Moss
18                                          Warranty Act - Breach of Implied Warranty**

19                                          **(5) Violation of Business and Professions
                                            Code § 17200**
20
                                            **UNLIMITED JURISDICTION - DAMAGES
21                                          EXCEED $25,000**

22

23      Plaintiff hereby alleges:

24                  **FACTS COMMON TO ALL COUNTS**

25      1.  Plaintiff BELEN REYNOLDS (hereinafter "Plaintiff") is, and at all times mentioned

26          herein was, a competent adult.

27      2.  Plaintiff is informed and believes and thereupon alleges that Defendant MERCEDES-

28          BENZ USA, LLC (hereinafter "MBUSA") is a Delaware limited liability company.

---

Reynolds v. Mercedes-Benz USA, LLC, et al.          1          COMPLAINT FOR DAMAGES

3. Defendants DOE 1 through DOE 10 inclusive are each independently, or as a representative of another defendant in this suit, responsible in some manner for the causes of action set forth herein and the damages sustained by Plaintiff.

4. On or about October 30, 2020, Plaintiff leased a new 2020 Mercedes-Benz GLC300, VIN: W1N0G8DB9LF859491 (hereinafter "Vehicle") from Mercedes-Benz of Palm Springs in Palm Springs, California.

5. Mercedes-Benz of Palm Springs is engaged in the business of distributing or selling consumer goods at retail.

6. MBUSA is a duly authorized automobile manufacturer doing business in Riverside County, California.

7. In connection with the transaction, MBUSA issued to Plaintiff express warranties within the meaning of Cal. Civil Code § 1791.2, which were also written warranties within the meaning of 15 U.S.C. § 2301(6). By the terms of the express written warranties, MBUSA promised that the Vehicle's material and workmanship was defect free, undertook to preserve and maintain the utility and performance of the Vehicle, to provide compensation if there is a failure in utility or performance, and agreed to refund, repair, replace, or take other remedial action with respect to the Vehicle. Said warranty was an integral factor in Plaintiff's decision to lease the Vehicle.

8. Subsequent to Plaintiff's lease inception, the Vehicle exhibited numerous defects and nonconformities covered by the warranties which substantially impair the use, value and safety of the motor vehicle to Plaintiff including, but not limited to, the following as summarized after visiting the servicing MBUSA dealerships:

| Problems | Date | Odo. | Days | RO # |
|---|---|---|---|---|
| **Check Engine Light** – VERIFIED – Client states that the check engine light is on and the vehicle is running rough. Found fault codes P030085 combustion misfiring has been detected. There is a signal above the permissible limit value. P030285 combustion misfiring cylinder 2 has been detected. Power supply maintain, quick test, spark plugs remove/install, | 02/03/2022 | 20,977 | 29 | 361746 |

check compression pressure, check cylinder for leaks, inspect cylinder with light probe, remove/install lower engine compartment. Drain/fill/correct coolant, extract refrigerant, relieve fuel pressure, disconnect/connect ground line, remove/install cylinder head, replace cylinder head, replace receiver driers, performed oil changer after repair, clean engine and engine compartment. Verified client concern that check engine light is on. Connected vehicle battery charger and performed quick test. Found fault codes P030085 combustion misfiring has been detected. There is a signal above the permissible limit value, P030285 combustion misfiring cylinder 2 has been detected. There is a signal above the permissible limit value, P219D77 mixture formation (cylinder 2) is irregular. The commanded position cannot be reached P1CE577 injector injection quantity adjustment for uniform mixture formation has been detected an excessively lean mixture at least one cylinder. The commanded position cannot be reached. Processed fault codes and referenced L1 document L101.30 P-072328. Removed spark plugs and performed compression test and found compression test to be out of specification (compression test spec:11-18 bar) cylinder 1 (actual 13 bar), cylinder 2 (actual 7 bar), cylinder 3 (actual 13 bar), cylinder 4 (actual 13 bar) found cylinder 2 be out of spec. For compression difference between cylinders. Found cylinder 2 to have low compression. Performed cylinder leak down test on cylinder 2, set cylinder 2 to TDC, performed cylinder 2 leaks down test and found cylinder 2 to have 85% leakage (actual 85%), (spec <25%) found cylinder exhaust valve to be leaking. Inspected cylinder with light probe and found cylinders

walls and piston to be okay. Found cylinder 2 exhaust valve to remain partially open. Removed lower engine compartment paneling. Drained cooling system, extracted refrigerant from A/C system, relieved fuel pressure from fuel system, disconnected main ground line, removed cylinder head, replace cylinder head and transferred camshafts and fully assembled cylinder head. Connected main battery ground line, filled cooling system and bled. Bled fuel system. Connected battery charger and performed quick test. Cleared vehicle codes. Cleaned engine and engine compartment to removed residual coolant and oil smell from cylinder head removal. Road tested vehicle for 61 miles. Performed secondary oil change. Performed final quick test and vehicle is currently operating as designed.

**Fuel Door** – Client states the fuel door will intermittently not open please check and advise

**Rattle Noise** – VERIFIED – Client states there is a rattle coming from the shifter stock client went on road test with Brian Scott to verify rattle Disconnect/connect ground line, quick test, steering jacket switch module replace. Verified client concern that rattle coming from the shifter stock. Disconnected main battery ground line. Removed and replace steering jacket module (shifter not available separate) connected vehicle battery ground line. Connected xentry and performed initial start up on steering jacket module. Function checked system and road tested. Vehicle is no longer making abnormal rattle noise.

///

///

///

9. The Vehicle has suffered from ongoing and recurring nonconformity(s) to warranty, including, but not limited to, defects with the engine, fuel injector, fuel door, and shifter stock in the Vehicle. MBUSA's authorized repair facilities inspected the Vehicle for the issues as summarized in Paragraph 8. MBUSA's authorized repair facilities failed to properly inspect the Vehicle and failed to properly diagnose the severe issues plaguing the Vehicle.

10. MBUSA is well aware of the chronic issues with the engine, fuel injector, fuel door, and shifter stock that have plagued this Vehicle.

11. Plaintiff delivered the nonconforming Vehicle to MBUSA's authorized repair facilities for repairs pursuant to the terms of the warranties. It is clear that MBUSA is unable to fix, remedy and/or repair the Vehicle to conform to the warranty. The multiple failed inspection and repair attempts have proven willfully unsuccessful in resolving the issues.

12. MBUSA has further failed to repair or replace the Vehicle, or provide restitution.

## FIRST CAUSE OF ACTION

**Violation of the Song-Beverly Consumer Warranty Act - Breach of Express Warranty**

<u>Against All Defendants</u>

13. Plaintiff re-alleges and incorporates by reference all proceeding paragraphs.

14. The Vehicle is a new motor vehicle that was purchased primarily for personal, family, or household purposes or it is a new motor vehicle with a gross vehicle weight under 10,000 pounds that was bought or used primarily for business purposes by an entity to which not more than five motor vehicles are registered in this state. The Vehicle is a "new motor vehicle" under the Song-Beverly Consumer Warranty Act, Civil Code §§1790 et seq.

15. Plaintiff is a "buyer" as defined by Cal. Civ. Code § 1791(b).

16. The Vehicle is a "consumer good" as defined by Cal. Civ. Code § 1791(a).

17. MBUSA manufactures, assembles, or produces consumer goods. MBUSA is a "manufacturer" as defined by Cal. Civ. Code § 1791791(b).

18. MBUSA is a "warrantor" as contemplated by Cal. Civ. Code § 1795.

19. MBUSA is a "service contract seller" and/or "service contractor" and/or "service contract administrator" as defined respectively in Cal. Civ. Code § 1791(q), (r), and (p).

20. Plaintiff's lease of the Vehicle was a "sale" as defined by Cal. Civ. Code § 1791(n).

21. MBUSA violated the Song-Beverly Act by failing to conform the Vehicle to the express written warranties within a reasonable number of repair attempts or within the warranty periods and by failing to properly replace the Vehicle or make restitution to the Plaintiff.

22. The above-described defects, malfunctions, and nonconformities substantially impair the use, value and safety of the Vehicle.

23. Plaintiff has not made unreasonable or unintended use of the Vehicle.

24. Pursuant to Cal. Civ. Code § 1793.2(d), MBUSA must refund the price of the Vehicle to Plaintiff.

25. Pursuant to Cal. Civ. Code § 1794(a), Plaintiff is entitled to restitution.

26. As a direct and proximate result of said violations of the Song-Beverly Act, Plaintiff has sustained, and continues to sustain, actual, incidental and consequential damages according to proof.

27. The failure of MBUSA to comply with the Song-Beverly Act was willful in that MBUSA had actual knowledge of the Vehicle's defects and malfunctions, knew of its legal duties under the warranty and the law, but repeatedly refused to make necessary repairs and/or provide a refund.

28. Pursuant to Cal. Civ. Code § 1794(c), Plaintiff is entitled to a civil penalty of two times the amount of his actual damages.

29. Pursuant to Cal. Civ. Code § 1794(d), Plaintiff is entitled to reasonable attorney fees according to proof.

## SECOND CAUSE OF ACTION

### Violation of the Song-Beverly Consumer Warranty Act - Breach of Implied Warranty

### Against All Defendants

30. Plaintiff re-alleges and incorporates by reference all proceeding paragraphs.

31. Pursuant to Cal. Civ. Code § 1792, the Vehicle was accompanied by the manufacturer's and retail seller's implied warranty of merchantability.

32. Pursuant to Cal. Civ. Code § 1793, and because of the existence of the express warranty, MBUSA may not disclaim, limit, or modify the implied warranty provided by the Song-Beverly Act.

33. MBUSA breached the implied warranty of merchantability of Civil Code §§ 1791.1 and 1792 in that the above-described defects, malfunctions, and nonconformities render the Vehicle unfit for the ordinary purposes for which it is used and it would not pass without objection in the trade.

34. Pursuant to Civil Code § 1794(a), Plaintiff is entitled to restitution.

35. As a direct and proximate result of said violations of the Song-Beverly Act, Plaintiff has sustained, and continues to sustain, actual, incidental and consequential damages according to proof.

36. Pursuant to Cal. Civ. Code § 1794(d), Plaintiff is entitled to reasonable attorney fees according to proof.

**THIRD CAUSE OF ACTION**

**Violation of the Magnuson-Moss Warranty Act - Breach of Express Warranty**

**<u>Against All Defendants</u>**

37. Plaintiff re-alleges and incorporates by reference all proceeding paragraphs.

38. The Vehicle is a "consumer product" as defined by 15 U.S.C. § 2301(1).

39. Plaintiff is a "consumer" as defined by 15 U.S.C. § 2301(3).

40. MBUSA is a "supplier" and a "warrantor" as defined respectively by 15 U.S.C. § 2301(4) and (5).

41. The express written warranties are "written warranties" as defined by 15 U.S.C. § 2301(6).

///

///

///

42. MBUSA violated the Magnuson-Moss Warranty Act by failing to conform the Vehicle to the express warranties within a reasonable number of attempts, a reasonable amount of time, or within the warranty periods. MBUSA failed to cure its failure to comply with the Magnuson-Moss Warranty Act.

43. Prior to commencing this action, Plaintiff afforded MBUSA reasonable opportunities to cure the failures and to comply with the Magnuson-Moss Warranty Act.

44. Pursuant to 15 U.S.C. § 2310(d)(1), Plaintiff is entitled to the equitable remedies of rescission and restitution and/or damages. Plaintiff revokes acceptance of the Vehicle and rescinds the contract. Plaintiff is entitled to restitution of all consideration given.

45. As a direct and proximate result of said violations of the Magnuson-Moss Warranty Act, Plaintiff has sustained, and continues to sustain, actual, incidental and consequential damages according to proof.

46. Pursuant to 15 U.S.C. § 2310(d)(2), Plaintiff is entitled to attorney fees and expenses reasonably incurred in connection with this action.

### FOURTH CAUSE OF ACTION

### Violation of the Magnuson-Moss Warranty Act - Breach of Implied Warranty

### Against All Defendants

47. Plaintiff re-alleges and incorporates by reference all proceeding paragraphs.

48. Pursuant to 15 U.S.C. § 2301(7), the breaches by MBUSA of the state-law implied warranty of merchantability as set forth above also constitute breaches of implied warranties pursuant to the Magnuson-Moss Warranty Act.

49. Pursuant to 15 U.S.C. § 2301(d)(1), and because of said breaches of implied warranties, Plaintiff is entitled to the equitable remedies of rescission and restitution and/or damages. Plaintiff revokes acceptance, rescinds the contract, and claims full restitution.

50. As a direct and proximate result of said violations of the Magnuson-Moss Warranty Act, Plaintiff has sustained, and continues to sustain, actual, incidental and consequential damages according to proof.

///

51. Pursuant to 15 U.S.C. § 2310(d)(2), Plaintiff is entitled to attorney fees and expenses reasonably incurred in connection with this action.

### FIFTH CAUSE OF ACTION

### Violation of Business and Professions Code § 17200

### <u>Against All Defendants</u>

52. Plaintiff re-alleges and incorporates by reference all proceeding paragraphs.

53. California's Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code § 17200, *et seq.,* proscribes acts of unfair competition, including "any unlawful, unfair or fraudulent business act and unfair, deceptive, untrue of misleading advertising."

54. MBUSA's acts, omissions, misrepresentations, practices, and non-disclosures constitute unlawful, unfair, and fraudulent business acts and practices within the meaning of California Business and Professions Code § 17200, *et seq.*

55. MBUSA has violated the fraudulent prong of section 17200 because the misrepresentations and omissions regarding the safety and reliability of its vehicles as set forth in this Complaint were likely to deceive a reasonable consumer, and the information would be material to a reasonable consumer.

56. MBUSA has violated the unfair prong of section 17200 because the acts and practices set forth in the Complaint, including the manufacture and sale of vehicles with similar defects, and defendant's failure to adequately investigate, disclose and remedy, offend established public policy, and because the harm they cause to consumers greatly outweighs any benefits associated with those practices.

57. MBUSA's conduct has also impaired competition within the automotive vehicles market and has prevented Plaintiff from making fully informed decisions about whether to purchase or lease defective vehicles and/or the price to be paid to purchase or lease defective vehicles.

///

///

///

58. Plaintiff has suffered an injury in fact, including the loss of money or property, as a result of MBUSA's unfair, unlawful and/or deceptive practices. As set forth in the allegations concerning Plaintiff, in purchasing the Vehicle, Plaintiff relied on the misrepresentations and/or omissions of MBUSA with respect of the safety and reliability of the Vehicle. Had Plaintiff known of the defects, Plaintiff would not have purchased the Vehicle and/or paid as much for it.

59. All of the wrongful conduct alleged herein occurred, and continues to occur, in the conduct of MBUSA's business. MBUSA's wrongful conduct is part of a pattern or generalized course of conduct that is still perpetuated and repeated in the State of California.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

1. That the contract be adjudged rescinded.

2. For restitution.

3. For incidental and consequential damages.

4. For actual and statutory damages.

5. For prejudgment interest.

6. For reasonable attorney's fees according to proof.

7. For costs and expenses incurred herein.

8. For a civil penalty of two times Plaintiff's actual damages.

9. An order requiring MBUSA to account for all monies that they have received as a result of the acts and practices found to constitute unfair competition pursuant to *Cal. Bus. & Prof. Code §§ 17200 et.seq.*

10. An order requiring MBUSA to abstain from any further acts and practices found to constitute unfair competition pursuant to *Cal. Bus. & Prof. Code §§17200 et. seq.*

11. Such other relief as the court deems proper.

Dated: April 6, 2022                           LAW OFFICES OF JON JACOBS


                                               By: _____
                                                   Jon P. Jacobs
                                                   Nicolas M. Dillavou
                                                   Attorneys for Plaintiff
                                                   BELEN REYNOLDS

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
Jon P. Jacobs (SBN 205245); Nicolas M. Dillavou (SBN 327210)
Law Offices of Jon Jacobs; One Ridgegate Drive, Suite 245, Temecula, CA 92591

TELEPHONE NO.: 916.663.6400          FAX NO. *(Optional):* 916.663.6500
E-MAIL ADDRESS: office@lemonbuyback.com
ATTORNEY FOR *(Name):* Plaintiff Belen Reynolds

*FOR COURT USE ONLY*

Electronically FILED by Superior Court of California, County of Riverside on 04/21/2022 05:01 PM
Case Number CVBL2200055 0000018948049 - W. Samuel Hamrick Jr., Executive Officer/Clerk of the Court By Kym Miller, Clerk

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE**
STREET ADDRESS: 265 N. Broadway
MAILING ADDRESS: 265 N. Broadway
CITY AND ZIP CODE: Blythe 92225
BRANCH NAME: Blythe Courthouse

CASE NAME:
Reynolds v. Mercedes-Benz USA, LLC

| **CIVIL CASE COVER SHEET** | **Complex Case Designation** | CASE NUMBER: |
|---|---|---|
| [x] Unlimited (Amount demanded exceeds $25,000) [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter  [ ] Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | CVBL2200055  JUDGE:  DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[x] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is  [x] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [x] monetary  b. [x] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify):* Five
5. This case [ ] is  [x] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: April 21, 2022

Nicolas M. Dillavou
(TYPE OR PRINT NAME)                     ▶                     (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET**                                                   CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
Auto (22)–Personal Injury/Property
Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
Medical Malpractice– Physicians & Surgeons
Other Professional Health Care Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip and fall)
Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
Intentional Infliction of Emotional Distress
Negligent Infliction of Emotional Distress
Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
Negligent Breach of Contract/ Warranty
Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
Collection Case–Seller Plaintiff
Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
Auto Subrogation
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ–Administrative Mandamus
Writ–Mandamus on Limited Court Case Matter
Writ–Other Limited Court Case Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
Abstract of Judgment (Out of County)
Confession of Judgment *(non-domestic relations)*
Sister State Judgment
Administrative Agency Award *(not unpaid taxes)*
Petition/Certification of Entry of Judgment on Unpaid Taxes
Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
Declaratory Relief Only
Injunctive Relief Only *(non-harassment)*
Mechanics Lien
Other Commercial Complaint Case *(non-tort/non-complex)*
Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult Abuse
Election Contest
Petition for Name Change
Petition for Relief From Late Claim
Other Civil Petition

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
Blythe Courthouse
265 N. Broadway, Blythe, CA 92225

**Case Number:**   CVBL2200055

**Case Name:**   REYNOLDS vs MERCEDES-BENZ USA, LLC, A DELAWARE LIMITED LIABILITY
COMPANY

NICOLAS M. DILLAVOU
ONE RIDGEGATE DRIVE, SUITE 245
Temecula, CA 92590

## NOTICE OF CASE MANAGEMENT CONFERENCE

The Case Management Conference is scheduled as follows:

| Hearing Date | Hearing Time | Department |
|---|---|---|
| 10/21/2022 | 10:30 AM | Department 260 |
| Location of Hearing: | | |
| 265 N. Broadway, Blythe, CA 92225 | | |

No later than 15 calendar days before the date set for the case management conference or review, each party must file a case management statement and serve it on all other parties in the case.  CRC, Rule 3.725.

The plaintiff/cross-complainant shall serve a copy of this notice on all defendants/cross-defendants who are named or added to the complaint and file proof of service.

Any disqualification pursuant to CCP Section 170.6 shall be filed in accordance with that section.

**Remote Appearance at Hearing:** The court **strongly encourages** parties and counsel to appear remotely for non-evidentiary hearings in civil cases.  Pursuant to local rule 3132, persons intending to appear remotely shall notify all opposing parties of their intention to appear remotely before the hearing.  Notice may be given informally, including by telephone, email, or text message. To appear remotely, on the day of the hearing, either use your computer, mobile device, or dial (833) 568-8864 (toll free) or (669) 254-5252, when prompted enter:

Meeting ID: 160-527-1198 #
Access Code: Press the # key (no number after the #)

Please MUTE your phone until your case is called, and it is your turn to speak.  It is important to note that you must call twenty (20) minutes prior to the scheduled hearing time to check in or there may be a delay in your case being heard.

CI-NOCMC
(Rev. 03/02/22)




| | |
|---|---|
| | Interpreter services are available upon request.  If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter. |
| | Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided.  Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation.  A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation.  (Civil Code section 54.8.) |

## CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding.  In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence.  Such correspondence is deposited in the outgoing mail of the Superior Court.  Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business.  I certify that I served a copy of the Notice of Case Management Conference on this date, by depositing said copy as stated above.


Dated: 04/22/2022                                        W. SAMUEL HAMRICK JR.,
                                                         Court Executive Officer/Clerk of Court


                                                 by: _____
                                                         K. Miller, Deputy Clerk

CI-NOCMC
(Rev. 03/02/22)

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Blythe Courthouse
265 N. Broadway, Blythe, CA 92225

**Case Number:**   CVBL2200055

**Case Name:**   REYNOLDS vs MERCEDES-BENZ USA, LLC, A DELAWARE LIMITED LIABILITY
COMPANY

BELEN REYNOLDS

## NOTICE OF CASE MANAGEMENT CONFERENCE

The Case Management Conference is scheduled as follows:

| Hearing Date | Hearing Time | Department |
|---|---|---|
| 10/21/2022 | 10:30 AM | Department 260 |
| Location of Hearing: | | |
| 265 N. Broadway, Blythe, CA 92225 | | |

No later than 15 calendar days before the date set for the case management conference or review, each party must file a case management statement and serve it on all other parties in the case.  CRC, Rule 3.725.

The plaintiff/cross-complainant shall serve a copy of this notice on all defendants/cross-defendants who are named or added to the complaint and file proof of service.

Any disqualification pursuant to CCP Section 170.6 shall be filed in accordance with that section.

**Remote Appearance at Hearing:** The court **strongly encourages** parties and counsel to appear remotely for non-evidentiary hearings in civil cases.  Pursuant to local rule 3132, persons intending to appear remotely shall notify all opposing parties of their intention to appear remotely before the hearing.  Notice may be given informally, including by telephone, email, or text message. To appear remotely, on the day of the hearing, either use your computer, mobile device, or dial (833) 568-8864 (toll free) or (669) 254-5252, when prompted enter:

Meeting ID: 160-527-1198 #
Access Code: Press the # key (no number after the #)

Please MUTE your phone until your case is called, and it is your turn to speak.  It is important to note that you must call twenty (20) minutes prior to the scheduled hearing time to check in or there may be a delay in your case being heard.

CI-NOCMC
(Rev. 03/02/22)

|  | Interpreter services are available upon request.  If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter. |
|  | Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided.  Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation.  A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation.  (Civil Code section 54.8.) |

### CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding.  In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence.  Such correspondence is deposited in the outgoing mail of the Superior Court.  Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business.  I certify that I served a copy of the Notice of Case Management Conference on this date, by depositing said copy as stated above.

Dated: 04/22/2022

W. SAMUEL HAMRICK JR.,
Court Executive Officer/Clerk of Court

by: _____

K. Miller, Deputy Clerk

CI-NOCMC
(Rev. 03/02/22)

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
Blythe Courthouse
265 N. Broadway, Blythe, CA 92225

**Case Number:**   CVBL2200055

**Case Name:**   REYNOLDS vs MERCEDES-BENZ USA, LLC, A DELAWARE LIMITED LIABILITY COMPANY

MERCEDES-BENZ USA, LLC, A DELAWARE LIMITED LIABILITY COMPANY

## NOTICE OF CASE MANAGEMENT CONFERENCE

The Case Management Conference is scheduled as follows:

| Hearing Date | Hearing Time | Department |
|---|---|---|
| 10/21/2022 | 10:30 AM | Department 260 |
| Location of Hearing: | | |
| **265 N. Broadway, Blythe, CA 92225** | | |

No later than 15 calendar days before the date set for the case management conference or review, each party must file a case management statement and serve it on all other parties in the case.  CRC, Rule 3.725.

The plaintiff/cross-complainant shall serve a copy of this notice on all defendants/cross-defendants who are named or added to the complaint and file proof of service.

Any disqualification pursuant to CCP Section 170.6 shall be filed in accordance with that section.

**Remote Appearance at Hearing:** The court **strongly encourages** parties and counsel to appear remotely for non-evidentiary hearings in civil cases.  Pursuant to local rule 3132, persons intending to appear remotely shall notify all opposing parties of their intention to appear remotely before the hearing.  Notice may be given informally, including by telephone, email, or text message. To appear remotely, on the day of the hearing, either use your computer, mobile device, or dial (833) 568-8864 (toll free) or (669) 254-5252, when prompted enter:

Meeting ID: 160-527-1198 #
Access Code: Press the # key (no number after the #)

Please MUTE your phone until your case is called, and it is your turn to speak.  It is important to note that you must call twenty (20) minutes prior to the scheduled hearing time to check in or there may be a delay in your case being heard.

CI-NOCMC
(Rev. 03/02/22)




| | |
|---|---|
| | Interpreter services are available upon request.  If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter. |
| | Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided.  Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation.  A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation.  (Civil Code section 54.8.) |

## CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding.  In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence.  Such correspondence is deposited in the outgoing mail of the Superior Court.  Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business.  I certify that I served a copy of the Notice of Case Management Conference on this date, by depositing said copy as stated above.

Dated: 04/22/2022

W. SAMUEL HAMRICK JR.,
Court Executive Officer/Clerk of Court

by: _____

K. Miller, Deputy Clerk

CI-NOCMC
(Rev. 03/02/22)

Notice has been printed for the following Firm/Attorneys or Parties: CVBL2200055

DILLAVOU, NICOLAS M.                    REYNOLDS, BELEN
ONE RIDGEGATE DRIVE, SUITE 245
Temecula, CA 92590


MERCEDES-BENZ USA, LLC, A DELAWARE
LIMITED LIABILITY COMPANY

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Blythe Courthouse
265 N. Broadway, Blythe, CA 92225

**Case Number:**   CVBL2200055

**Case Name:**   REYNOLDS vs MERCEDES-BENZ USA, LLC, A DELAWARE LIMITED LIABILITY COMPANY

## NOTICE OF DEPARTMENT ASSIGNMENT

The above entitled case is assigned to the Honorable Russell L. Moore in Department 260  for All Purposes.

Any disqualification pursuant to CCP section 170.6 shall be filed in accordance with that section.

The court follows California Rules of Court, Rule 3.1308(a)(1) for tentative rulings (see Riverside Superior Court Local Rule 3316).  Tentative Rulings for each law and motion matter are posted on the internet by 3:00 p.m. on the court day immediately before the hearing at http://riverside.courts.ca.gov/tentativerulings.shtml.  If you do not have internet access, you may obtain the tentative ruling by telephone at (760) 904-5722.

To request oral argument, you must (1) notify the judicial secretary at (760) 904-5722 and (2) inform all other parties, no later than 4:30 p.m. the court day before the hearing.  If no request for oral argument is made by 4:30 p.m., the tentative ruling will become the final ruling on the matter effective the date of the hearing.

The filing party shall serve a copy of this notice on all parties.

| | |
|---|---|
|  | Interpreter services are available upon request.  If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter. |
|  | Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided.  Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation.  A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation.  (Civil Code section 54.8.) |

Dated: 04/22/2022

W. SAMUEL HAMRICK JR.,
Court Executive Officer/Clerk of Court

by: _____
K. Miller, Deputy Clerk

CI-NODACV
(Rev. 02/16/21)

Electronically FILED by Superior Court of California, County of Riverside on 04/21/2022 06:01 PM
Case Number CVBL2200055 0000018948048 - W. Samuel Hamrick Jr., Executive Officer/Clerk of the Court By Kym Miller, Clerk

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

| | |
|---|---|
| ☐ **BANNING** 311 E. Ramsey St., Banning, CA 92220 | ☐ **MURRIETA** 30755-D Auld Rd., Suite 1226, Murrieta, CA 92563 |
| ☒ **BLYTHE** 265 N. Broadway, Blythe, CA 92225 | ☐ **PALM SPRINGS** 3255 E. Tahquitz Canyon Way, Palm Springs, CA 92262 |
| ☐ **CORONA** 505 S. Buena Vista, Rm. 201, Corona, CA 92882 | ☐ **RIVERSIDE** 4050 Main St., Riverside, CA 92501 |
| ☐ **MORENO VALLEY** 13800 Heacock St., Ste. D201, Moreno Valley, CA 92553 | |

RI-CI032

| | FOR COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar Number and Address)*<br>Jon P. Jacobs (SBN 205245); Nicolas M. Dillavou (327210)<br>Law Offices of Jon Jacobs<br>One Ridgegate Drive, Suite 245<br>Temecula, CA 92590<br><br>TELEPHONE NO: 916.663.6400    FAX NO. *(Optional)*: 916.663.6500<br>E-MAIL ADDRESS *(Optional)*: office@lemonbuyback.com<br>ATTORNEY FOR *(Name)*: Plaintiff Belen Reynolds | |

| | |
|---|---|
| PLAINTIFF/PETITIONER: Belen Reynolds | |
| DEFENDANT/RESPONDENT: Mercedes-Benz USA, LLC | CASE NUMBER:<br>CVBL2200055 |

## CERTIFICATE OF COUNSEL

The undersigned certifies that this matter should be tried or heard in the court identified above for the reasons specified below:

☒ The action arose in the zip code of: 92225 _____

☐ The action concerns real property located in the zip code of: _____

☐ The Defendant resides in the zip code of: _____

For more information on where actions should be filed in the Riverside County Superior Courts, please refer to Local Rule 3115 at www.riverside.courts.ca.gov.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date   April 21, 2022 _____

| | |
|---|---|
| Nicolas M. Dillavou | ► _____ |
| (TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY MAKING DECLARATION) | (SIGNATURE) |

Page 1 of 1

| | | |
|---|---|---|
| Approved for Mandatory Use<br>Riverside Superior Court<br>RI-CI032 [Rev. 07/15/21] | **CERTIFICATE OF COUNSEL** | Local Rule 3117<br>riverside.courts.ca.gov/localforms/localforms.shtml |

RI-ADR001-INFO



SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
www.riverside.courts.ca.gov

**Self-represented parties:** http://riverside.courts.ca.gov/selfhelp/self-help.shtml

---

### ALTERNATIVE DISPUTE RESOLUTION (ADR) –
### *INFORMATION PACKAGE*

### *** THE PLAINTIFF MUST SERVE THIS INFORMATION PACKAGE ON EACH PARTY WITH THE COMPLAINT. ***

---

## What is ADR?
Alternative Dispute Resolution (ADR) is a way of solving legal disputes without going to trial. The main types are mediation, arbitration, and settlement conferences.

## Advantages of ADR:
- Faster:  ADR can be done in a 1-day session within months after filing the complaint.
- Less expensive:  Parties can save court costs and attorneys' and witness fees.
- More control:  Parties choose their ADR process and provider.
- Less stressful:  ADR is done informally in private offices, not public courtrooms.

## Disadvantages of ADR:
- No public trial:  Parties do not get a decision by a judge or jury.
- Costs:  Parties may have to pay for both ADR and litigation.

## Main Types of ADR:

**Mediation:**   In mediation, the mediator listens to each person's concerns, helps them evaluate the strengths and weaknesses of their case, and works with them to create a settlement agreement that is acceptable to everyone.  If the parties do not wish to settle the case, they go to trial.

Mediation may be appropriate when the parties:
- want to work out a solution but need help from a neutral person; or
- have communication problems or strong emotions that interfere with resolution; or
- have a continuing business or personal relationship.

Mediation is not appropriate when the parties:
- want their public "day in court" or a judicial determination on points of law or fact;
- lack equal bargaining power or have a history of physical/emotional abuse.

**Arbitration:**   Arbitration is less formal than trial, but like trial, the parties present evidence and arguments to the person who decides the outcome. In "binding" arbitration the arbitrator's decision is final; there is no right to trial.  In "non-binding" arbitration, any party can request a trial after the arbitrator's decision.  The court's mandatory Judicial Arbitration program is non-binding.

Adopted for Mandatory Use
Riverside Superior Court
RI-ADR001-INFO [Rev. 01/01/12]
(Reformatted 06/01/16)

Arbitration may be appropriate when the parties:
- ⚖ want to avoid trial, but still want a neutral person to decide the outcome of the case.

Arbitration is not appropriate when the parties:
- ⚖ do not want to risk going through both arbitration and trial (Judicial Arbitration)
- ⚖ do not want to give up their right to trial (binding arbitration)

**Settlement Conferences:** Settlement conferences are similar to mediation, but the settlement officer usually tries to negotiate an agreement by giving strong opinions about the strengths and weaknesses of the case, its monetary value, and the probable outcome at trial. Settlement conferences often involve attorneys more than the parties and often take place close to the trial date.

## RIVERSIDE COUNTY SUPERIOR COURT ADR REQUIREMENTS

ADR Information and forms are posted on the ADR website: http://riverside.courts.ca.gov/adr/adr.shtml

### General Policy:
Parties in most general civil cases are expected to participate in an ADR process before requesting a trial date and to participate in a settlement conference before trial. (Local Rule 3200)

### Court-Ordered ADR:
Certain cases valued at under $50,000 may be ordered to judicial arbitration or mediation. This order is usually made at the Case Management Conference. See the "Court-Ordered Mediation Information Sheet" on the ADR website for more information.

### Private ADR (for cases not ordered to arbitration or mediation):
Parties schedule and pay for their ADR process without Court involvement. Parties may schedule private ADR at any time; there is no need to wait until the Case Management Conference. See the "Private Mediation Information Sheet" on the ADR website for more information.

### BEFORE THE CASE MANAGEMENT CONFERENCE (CMC), ALL PARTIES MUST:
1. Discuss ADR with all parties at least 30 days before the CMC. Discuss:
   - ⚖ Your preferences for mediation or arbitration.
   - ⚖ Your schedule for discovery (getting the information you need) to make good decisions about settling the case at mediation or presenting your case at an arbitration.
2. File the attached "Stipulation for ADR" along with the Case Management Statement, if all parties can agree.
3. Be prepared to tell the judge your preference for mediation or arbitration and the date when you could complete it.

(Local Rule 3218)

### RIVERSIDE COUNTY ADR PROVIDERS INCLUDE:
- ⚖ The Court's Civil Mediation Panel (available for both Court-Ordered Mediation and Private Mediation). See http://adr.riverside.courts.ca.gov/civil/panelist.php or ask for the list in the civil clerk's office, attorney window.
- ⚖ Riverside County ADR providers funded by DRPA (Dispute Resolution Program Act):
  Dispute Resolution Service (DRS) Riverside County Bar Association:  (951) 682-1015
  Dispute Resolution Center, Community Action Partnership (CAP):  (951) 955-4900

Adopted for Mandatory Use
Riverside Superior Court
RI-ADR001-INFO [Rev. 01/01/12]
(Reformatted 06/01/16)

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

☐ **BLYTHE** 265 N. Broadway, Blythe, CA 92225      ☐ **PALM SPRINGS** 3255 Tahquitz Canyon Way, Palm Springs, CA 92262
☐ **MURRIETA** 30755-D Auld Rd., Ste. 1226, Murrieta, CA 92563      ☐ **RIVERSIDE** 4050 Main St., Riverside, CA 92501

**RI-ADR001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number and Address) | FOR COURT USE ONLY |
|---|---|
| | |

TELEPHONE NO:                FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

CASE NUMBER:

CASE MANAGEMENT CONFERENCE DATE(S):

### STIPULATION FOR ALTERNATIVE DISPUTE RESOLUTION (ADR)
(CRC 3.2221; Local Rule, Title 3, Division 2)

**Court-Ordered ADR:**

Eligibility for Court-Ordered Mediation or Judicial Arbitration will be determined at the Case Management Conference. If eligible, the parties agree to participate in:

☐ Mediation          ☐ Judicial Arbitration (non-binding)

**Private ADR:**

If the case is not eligible for Court-Ordered Mediation or Judicial Arbitration, the parties agree to participate in the following ADR process, which they will arrange and pay for without court involvement:

☐ Mediation          ☐ Judicial Arbitration (non-binding)

☐ Binding Arbitration    ☐ Other (describe): _____

Proposed date to complete ADR: _____

### SUBMIT THIS FORM ALONG WITH THE CASE MANAGEMENT STATEMENT.

_____      _____      _____
(PRINT NAME OF PARTY OR ATTORNEY)              (SIGNATURE OF PARTY OR ATTORNEY)                    (DATE)
☐ Plaintiff  ☐ Defendant

_____      _____      _____
(PRINT NAME OF PARTY OR ATTORNEY)              (SIGNATURE OF PARTY OR ATTORNEY)                    (DATE)
☐ Plaintiff  ☐ Defendant

_____      _____      _____
(PRINT NAME OF PARTY OR ATTORNEY)              (SIGNATURE OF PARTY OR ATTORNEY)                    (DATE)
☐ Plaintiff  ☐ Defendant

_____      _____      _____
(PRINT NAME OF PARTY OR ATTORNEY)              (SIGNATURE OF PARTY OR ATTORNEY)                    (DATE)
☐ Plaintiff  ☐ Defendant

Adopted for Mandatory Use
Riverside Superior Court
Form RI-ADR001  [Rev. 01/01/12]
[Reformatted 06/01/16]

**ALTERNATIVE DISPUTE RESOLUTION
(ADR) STIPULATION**

Statutory Authority
riverside.courts.ca.gov/localforms/localfrms.shtml